## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Sheila Swahn

v.  Case No. 15-CV-00471

NCO Financial Systems, Inc.

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

It is hereby stipulated by and between the parties and their counsel that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| SHEILA SWAHN,<br>Plaintiff,<br>by her attorney, | NCO FINANCIAL SYSTEMS, INC.,<br>Defendant,<br>by its attorneys, |
| /s/ Elizabeth W. Shealy<br>Elizabeth W. Shealy, Esq. #6910<br>86 Preston Drive<br>Cranston, RI 02910<br>(401) 556-0324<br>ewshealy@gmail.com | /s/ Robert G. Knirsch<br>Robert G. Knirsch, Esq.<br>Admitted *Pro Hac Vice*<br>Sessions, Fishman, Nathan & Israel, LLC<br>2647 Eaton Road<br>University Heights, OH 44118<br>(216) 331-1308<br>(216) 823-0524 (fax)<br>rgknirsch@sessions.legal |
| Dated: September 23, 2016 | /s/ Mark P. Dolan<br>Mark P. Dolan, Esquire #3280<br>RICE DOLAN & KERSHAW<br>72 Pine Street, Suite 300<br>Providence, RI 02903<br>(401) 272-8800<br>(401) 421-7218 (fax)<br>mdolan@ricedolan.com |